order is affirmed, with ten dollars costs and disbursements to the appellant, on the ground that the disclosure of the names of such persons will tend to identify the particular acquisitions alleged in the complaint, and the goods claimed to have been converted. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WILLIS E. BURHANS, Respondent, v. WELLINGTON B. FREER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GEORGE WELCH, Respondent, v. CLARENCE RANKIN, Appellant.— Judgment affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

DOROTHY BIRD, Respondent, v. WILLIAM SMITH, Appellant.— Judgment and orders affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HARRY E. FRESHMAN, Appellant, v. MICHAEL E. REIBURN, Respondent.— Judgment reversed and a new trial granted, with costs to the appellant to abide the event on the ground that the evidence did not disclose an arrangement necessarily illegal or corrupt. The most we can say is that the arrangement evidenced a disregard of sound ethical principles. Whether it involved illegality or a corrupt purpose was a question for the jury to determine. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTHONY BONTOMASE, by JOSEPH BONTOMASE, His Guardian ad Litem, Respondent, v. FREDERICK J. LATOUR and Another, a Copartnership Doing Business under the Firm Name and Style of LATOUR BROTHERS, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CLARA SAHL, Appellant, v. HARTFORD FIRE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN LAUGHLIN, Respondent, v. AUGUST F. MEYER and HERBERT A. MEYER, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FREDERICK E. SUMMERVILLE, Respondent, v. OVERLAND-KNIGHT MOTORS, INC., Appellant.— Judgment affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LESLIE R. HOFFMAN, Respondent, v. ADRIAN J. GROBSMITH and Others, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

VINCENT F. HOFFMAN, an Infant, by ELMER F. HOFFMAN, His Guardian ad Litem, Respondent, v. ADRIAN J. GROBSMITH and Others, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ELMER F. HOFFMAN, Respondent, v. ADRIAN J. GROBSMITH and Others, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MORRIS J. SULLIVAN and CHARLES WILLIAMS, etc., Respondents, v. AMERICAN